IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DERRICK L. BEVERLY | ) |
| | ) |
| v. | ) NO. 3-14-1478 |
| | ) JUDGE CAMPBELL |
| NOBLE-INTERSTATE | ) |
| MANAGEMENT GROUP, et al. | ) |

ORDER

Pending before the Court are Defendants' Partial Motion to Dismiss (Docket No. 6) and Plaintiff's Motion to Remand (Docket No. 9). For the reasons stated in the accompanying Memorandum, Plaintiff's Motion to Remand (Docket No. 9) is GRANTED, and this case is remanded to the Circuit Court of Davidson County, Tennessee. Defendants' Partial Motion to Dismiss (Docket No. 6) is denied without prejudice to being re-filed in the state court.

Any other pending Motions are denied as moot, and the Clerk is directed to close the file. The pretrial conference set for January 25, 2016, and the jury trial set for February 2, 2016, are canceled.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE